1056

[No. 23754-7-II.    Division Two.    January 7, 2000.]

TIM STREGE, *Appellant*, v. STATE BOARD FOR COMMUNITY AND TECHNICAL COLLEGES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 93-2-00032-1, Gary Tabor, J., entered August 20, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Houghton, J.

[No. 23884-5-II.    Division Two.    January 7, 2000.]

FIEDLER INDUSTRIES, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 91-2-00114-3, Christine A. Pomeroy, J., entered September 18, 1998. *Remanded* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Houghton, J.

[No. 23987-6-II.    Division Two.    January 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID WAYNE GERLACH, *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 98-1-00009-6, Joel M. Penoyar, J., entered September 8, 1998. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, J., concurred in by Armstrong, A.C.J., and Morgan, J.

[No. 24230-3-II.    Division Two.    January 7, 2000.]

JUNE MORGAN, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-2-00539-7, Paula Casey, J., entered December 17, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Hunt, JJ. Now published at 99 Wn. App. 148.